UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS M. MARTIN, | No. 2:21-cv-0587 KJN P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 7, 2021, respondent filed a motion to dismiss. When petitioner did not timely respond, the undersigned ordered petitioner to show cause why the motion should not be granted. On July 29, 2021, petitioner filed a response, noting that he has not received any motion to dismiss, and that he last received the notice assigning a district judge to this case. Petitioner seeks an extension of time as well as a copy of the motion.

The declaration of service reflects that the motion to dismiss was properly served on June 7, 2021, at his current address of record, Kern Valley State Prison, Delano. (ECF No. 11-1.) That said, petitioner cannot file an opposition to a motion not in his possession. Accordingly, petitioner's request is granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for extension (ECF No. 16) is granted;

1

      2. Petitioner is granted thirty days from the date of this order to file an opposition to the pending motion to dismiss; and

      3. The Clerk of the Court is directed to send petitioner a copy of the June 7, 2021 motion to dismiss (ECF No. 11).

Dated: August 6, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mart0587.eot