1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DOUGLAS M. MARTIN,                        No.  2:21-cv-0587 KJM KJN P

12                  Petitioner,

13        v.                                   ORDER

14   CHRISTIAN PFEIFFER,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 13, 2021, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within thirty days.  Neither party filed objections

23   to the findings and recommendations.

24        The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27   the file, the court finds the findings and recommendations to be supported by the record and by

28   the magistrate judge's analysis.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed October 13, 2021, are adopted in full;

3          2.   Respondent's motion to dismiss (ECF No. 11) is granted;

4          3.  This action is dismissed with prejudice; and

5          4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

6   § 2253.

7   DATED:   May 23, 2022.

8

9   _____

10                                  CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28